■ The People of the State of New York, Respondent, v Job Z. Smith, Appellant. [876 NYS2d 278]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered June 22, 2005. The judgment convicted defendant, upon a jury verdict, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of rape in the second degree (Penal Law § 130.30 [2]). Defendant failed to preserve for our review his contention that the evidence is legally insufficient to support the conviction inasmuch as his motion for a trial order of dismissal was not " 'specifically directed' at the alleged error" asserted on appeal (*People v Gray*, 86 NY2d 10, 19 [1995]). Viewing the evidence in light of the elements of the crime as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Contrary to defendant's contention, the testimony of the victim was not incredible as a matter of law (*see People v Ptak*, 37 AD3d 1081 [2007], *lv denied* 8 NY3d 949 [2007]). Finally, the sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.

■ The People of the State of New York ex rel. Walter J. Roache, Appellant, v S.A. Connell, Superintendent, Oneida Correctional Facility, Respondent. [874 NYS2d 838]—Appeal from an order of the Supreme Court, Oneida County (Robert F. Julian, J.), entered December 11, 2007. The order denied the application of petitioner for leave to reargue the dismissal of his petition for a writ of habeas corpus.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.